UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| IDA MAE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:06-cv-84 |
| | ) | Chief Judge Curtis L. Collier |
| WAL-MART STORES EAST, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Plaintiff Ida Mae Rogers ("Plaintiff") filed a motion to amend her complaint to add a claim under the Americans with Disabilities Act, 42 U.S.C. § 12101 et. seq., to strike all other causes of action, and to include a jury demand (Court File No. 25). Magistrate Judge William Carter granted Plaintiff's motion to amend but reserved ruling on Plaintiff's jury demand. In accordance with Rule 72(a) of the Federal Rules of Civil Procedure, the Magistrate Judge filed a report and recommendation recommending the motion to amend to include a jury demand be granted (Court File No. 33). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations pursuant to Federal Rule of Civil Procedure 72(a), and hereby **GRANTS** Plaintiff's motion to amend her complaint to include a jury demand (Court File No. 25).


**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**