IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| IDA MAE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-84 |
| | ) |
| WAL-MART STORES EAST, L.P., | ) Collier |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this case is dismissed with prejudice.

Dated this 9th day of May, 2008.


| | |
|---|---|
| s/ Harry F. Burnette | s/ Brian A. Lapps, Jr. |
| Harry F. Burnette | Brian A. Lapps, Jr. |
| Doug S. Hamill | Michelle E. Coburn |
| Burnette, Dobson & Pinchak | Waller Lansden Dortch & Davis, LLP |
| 713 Cherry Street | 511 Union Street, Suite 2700 |
| Chattanooga, TN 37402 | Nashville, TN 37219 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |